IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02083-WJM-KLM

ROBERT KIRKLAND,

    Plaintiff,

v.

DEPUTY JAMES O'BRIEN, in his individual capacity,
DEPUTY BRIAN D. JONES, in his individual capacity,
DEPUTY RAFAEL AVINA, in his individual capacity,
DEPUTY HENRY E. TRUJILLO, in his individual capacity, and
CAROLANN MAHONEY, R.N., in her individual capacity,

    Defendants.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Protective Order** [Docket No. 37; Filed February 25, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#37-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: February 26, 2013