IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02083-WJM-KLM

ROBERT KIRKLAND,

    Plaintiff,

v.

DEPUTY JAMES O'BRIEN, in his individual capacity,
DEPUTY BRIAN D. JONES, in his individual capacity,
DEPUTY RAFAEL AVINA, in his individual capacity,
DEPUTY HENRY E. TRUJILLO, in his individual capacity, and
CAROLANN MAHONEY, R.N., in her individual capacity,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify the Scheduling Order** [Docket No. 44; Filed May 14, 2013] (the "Motion"). The parties seek to extend the discovery deadline from May 18, 2013 to June 7, 2013 to allow Defendants' counsel to complete affidavits from Boulder County Jail employees and to allow Plaintiff's counsel to complete one additional deposition. *Motion* [#44] at 2.

    IT IS HEREBY **ORDERED** that the Motion [#44] is **GRANTED**. The Scheduling Order entered on December 3, 2012 [#30], and modified on February 22, 2013 [#36] and March 26, 2013 [#43], is further modified to extend the following deadline:

- Discovery Deadline    **June 7, 2013**

    Dated: May 15, 2013