**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-2083-WJM-KLM

ROBERT KIRKLAND

    Plaintiff,

v.

DEPUTY JAMES O'BRIEN, in his individual capacity,
DEPUTY BRIAN D. JONES, in his individual capacity,
DEPUTY RAFAEL AVINA, in his individual capacity,
DEPUTY HENRY E. TRUJILLO, in his individual capacity, and
CAROLANN MAHONEY, R.N. in her individual capacity,

    Defendants.

---

**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S SECOND CLAIM
FOR RELIEF AGAINST CAROLANN MAHONEY, R.N.**

---

    This matter comes before the Court on the Parties' Joint Motion to Dismiss Plaintiff's Second Claim for Relief Against Defendant Carolann Mahoney, R.N., filed June 6, 2013 (ECF No. 48). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    The Parties' Joint Motion to Dismiss is GRANTED. Plaintiff's second claim for relief against Defendant Carolann Mahoney, R.N., is DISMISSED WITHOUT PREJUDICE. Each party shall pay his or her own attorney's fees and costs.

Dated this 6th day of June, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge