IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02083-WJM-KLM

ROBERT KIRKLAND,

    Plaintiff,

v.

DEPUTY JAMES O'BRIEN, in his individual capacity,
DEPUTY BRIAN D. JONES, in his individual capacity,
DEPUTY RAFAEL AVINA, in his individual capacity,
DEPUTY HENRY E. TRUJILLO, in his individual capacity, and
CAROLANN MAHONEY, R.N., in her individual capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify the Scheduling Order** [Docket No. 49; Filed June 4, 2013] (the "Motion"). The parties seek to extend the discovery deadline from June 7, 2013 to June 30, 2013 to allow both parties to complete additional depositions. *Motion* [#49] at 2. Although the parties fail to address the Dispositive Motions Deadline in the Motion, the Court notes that the current Dispositive Motions Deadline is June 14, 2013.

    IT IS HEREBY **ORDERED** that the Motion [#49] is **GRANTED**. The Scheduling Order entered on December 3, 2012 [#30], and modified on February 22, 2013 [#36], March 26, 2013 [#43], and May 15, 2013 [#46], is further modified to extend the following deadlines:

- Discovery Deadline    **June 30, 2013**
- Dispositive Motions Deadline    **July 12, 2013**

No further extension of time will be permitted.

    Dated: June 10, 2013